FRANK S. SMITH AND T. C. SMITH v. CORPORATION COMMISSION
OF NORTH CAROLINA ET AL.

(Filed 20 May, 1931.)

APPEAL by defendants from *McElroy, J.,* at April Term,. 1931, of
BUNCOMBE. Affirmed.

*Johnson, Smathers & Rollins for appellants.*
*Ward & Allen for appellees.*

PER CURIAM. In January, 1926, Charles E. Outcalt executed a deed
of trust on real property to Charles G. Lee, as trustee, to secure nine
promissory notes aggregating $67,500. The plaintiffs held three of the
notes in the respective sums of $5,000, $7,500, and $10,000. The trustee
gave notice that the land would be sold under the deed of trust at 12
o'clock on 30 June, 1930, at the courthouse in Asheville; and at that
hour he adjourned the sale until noon the next day. The sale was made
at the time last mentioned and the highest bid was $500. The property
was reasonably worth $10,000. The bidder assigned his bid to B. H.
Arbogast, Inc., which was a subsidiary or holding company of the
Central Bank and Trust Company, by whom it was controlled. The
Central Bank and Trust Company is the owner of the other notes.

Upon the agreed facts the General County Court adjudged the sale
invalid and the judgment was affirmed by the Superior Court on
appeal. This is a case in which the strict letter of the law, if favorable
to the appellants, should yield to equities by which justice to all parties
may be administered. Judgment

Affirmed.